ACCEPTED
03-15-00044-CV
4608934
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 4:42:22 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00044-CV

### In the Court of Appeals for the Third Judicial District Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 4:42:22 PM
JEFFREY D. KYLE
Clerk

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,

*Appellant,*

v.

MAURIE LEVIN, NAOMI TERR, AND HILARY SHEARD,

*Appellees.*

On Appeal from the
201st Judicial District Court of Travis County, Texas

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE APPELLANT'S OPENING BRIEF**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6, Appellant Texas Department of Criminal Justice requests a 30-day extension of the deadline to file Appellant's opening brief. No prior extension of this deadline has been sought. This extension request is *not opposed*.

The opening brief is currently due March 27, 2015. The requested 30-day extension, if granted, would make the brief due on or before April 27, 2015.

There is good reason to grant the requested extension, which is not sought for any improper purpose. Appellant is represented by new lead counsel on appeal, who requires time to review the record and research the legal issues prior to preparing and filing the opening brief. Moreover, Appellant's counsel has had and will continue to have a significant workload in other matters that makes it impossible to complete by the current deadline a brief that would be helpful to the Court. That workload includes, but is not limited to, responding by April 1 to four separate appellees' briefs—totaling over 55,000 words—and three separate amicus curiae briefs—totaling over 18,000 words—in a suit challenging the Texas Voter ID law. *See Veasey v. Abbott*, No. 14-41127, in the United States Court of Appeals for the Fifth Circuit.

## PRAYER

For these reasons, the Court should extend to April 27, 2015, the deadline for filing Appellant's opening brief.

Respectfully submitted.

KEN A. PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

 /s/ Richard B. Farrer 
RICHARD B. FARRER
Assistant Solicitor General
State Bar No. 24055470
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-1823
Fax: (512) 474-2697
richard.farrer@texasattorneygeneral.gov

COUNSEL FOR APPELLANT TEXAS DEPARTMENT
OF CRIMINAL JUSTICE

## CERTIFICATE OF CONFERENCE

I certify that I conferred by email with counsel for Appellees, Philip Durst, who indicated that this motion is not opposed.

/s/ Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

On March 23, 2015, the foregoing document was served via File & ServeXpress and e-mail on counsel for Appellees:

Philip Durst
Manuel Quinto-Pozos
DEATS, DURST, OWEN & LEAVY, PLLC
1204 San Antonio, Suite 203
Austin, Texas 78701
[Tel] (512) 474-6200
[Fax] (512) 474-7896
pdurst@ddollaw.com
mqp@ddollaw.com

Maurie Amanda Levin
LAW OFFICE OF MAURIE LEVIN
614 South 4th St. #346
Philadelphia, Pennsylvania 19147
[Tel] (512) 294-1540
[Fax] (215) 733-9225
maurielevin@gmail.com

/s/ Richard B. Farrer
Richard B. Farrer
*Counsel for Appellant*